**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-1701**

─────────────

BERTA PORTILLO,

                                        Plaintiff - Appellant,

        versus

CHARLES J. WELTER; MONTGOMERY COUNTY, MARYLAND,

                                        Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-99-854-AW)

─────────────

Submitted:  November 30, 1999      Decided:  January 4, 2000

─────────────

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Matt P. Lavine, Silver Spring, Maryland, for Appellant.  Charles W.
Thompson, Jr., County Attorney, Karen L. Federman Henry, Principal
Counsel for Appeals, Brian G. Kim, Associate County Attorney,
Rockville, Maryland, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Berta Portillo appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the briefs, joint appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Portillo v. Welter, No. CA-99-854-AW (D. Md. Apr. 26, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's judgment or order is marked as "filed" on April 23, 1999, the district court's records show that it was entered on the docket sheet on April 26, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2